

IT IS SO ORDERED.
Signed April 09, 2010

*Arthur S. Weissbrodt*
**Arthur S. Weissbrodt
U.S. Bankruptcy Judge**

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA  95150-0013

Telephone:  (408) 354-4413
Facsimile:   (408) 354-5513

Trustee for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:                                              )    Chapter 13
                                                    )
RAYMUNDO LEYVA                                      )    Case No. 08-53428 ASW
                                                    )
MARTHA T LEYVA                                      )    **ORDER CONFIRMING MODIFIED**
                                                    )    **CHAPTER 13 PLAN**
                    Debtors                         )

Upon consideration of Debtors' APPLICATION/MOTION TO MODIFY CHAPTER 13 PLAN filed with the court on March 02, 2010, and good cause appearing therefore;

IT IS ORDERED that the modified plan filed on March 02, 2010 is confirmed.

* * * END OF ORDER * * *

The Chapter 13 Trustee has reviewed the Application or Motion to Modify Chapter 13 Plan and if applicable, the Amended Schedules I and J, and has no opposition thereto.

Dated: April 05, 2010            /s/ DEVIN DERHAM-BURK
                                 (JM      )

| Label Matrix for local noticing<br>0971-5<br>Case 08-53428<br>Northern District of California<br>San Jose<br>Mon Apr  5 14:39:27 PDT 2010 | AMERICAN GENERAL FINANCE<br>1919 MAIN ST<br>WATSONVILLE, CA 95076-3027 | (p)AMERICAN GENERAL<br>P O BOX 3121<br>EVANSVILLE IN 47731-3121 |
|---|---|---|
| Grant & Weber<br>26575 West Agoura Rd.<br>Calabasas, CA 91302-2975 | HSBC Auto Finance (f/k/a Household Auto Fina<br>P.O. Box 60130<br>City Of Industry, CA 91716-0130 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 |
| LVNV Funding LLC its successors and assigns<br>assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | National Capital Management, LLC<br>8245 Tournament Drive<br>Suite 230<br>Memphis, TN 38125-1741 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 |
| Sprint Nextel  Correspondence<br>Attn Bankruptcy Dept<br>PO Box 7949<br>Overland Park KS 66207-0949 | eCAST Settlement Corporation<br>C/O Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd., Suite 200<br>Tucson, AZ 85712-1083 | eCAST Settlement Corporation assignee of<br>Capital One Bank<br>POB 35480<br>Newark NJ 07193-5480 |
| eCAST Settlement Corporation assignee of<br>GE Money Bank/MERVYNS<br>POB 35480<br>Newark NJ 07193-5480 | eCAST Settlement Corporation assignee of<br>GE Money Bank/WalMart<br>POB 35480<br>Newark NJ 07193-5480 | eCAST Settlement Corporation assignee of<br>HSBC Bank Nevada and its Assigns<br>POB 35480<br>Newark NJ 07193-5480 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| American General Finance<br>600 N. Royal Ave.<br>Evansville, IN 47715 | Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 21126, Stop N781<br>Philadelphia, PA 19114 | End of Label Matrix<br>Mailable recipients   14<br>Bypassed recipients    0<br>Total                 14 |
|---|---|---|