Entered on Docket
May 25, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED.
Signed May 24, 2011



Arthur S. Weissbrodt
U.S. Bankruptcy Judge



DEVIN DERHAM-BURK
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA  95150-0013

Telephone:  (408) 354-4413
Facsimile:   (408) 354-5513

Trustee for Debtors

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

In Re:                                  )   Chapter 13
                                        )
RAYMUNDO LEYVA                          )   Case No. 08-53428 ASW
                                        )
MARTHA T LEYVA                          )
_____Debtors_____)

**FINAL DECREE**

The estate of the above named Debtors has been fully administered.

IT IS ORDERED THAT:

DEVIN DERHAM-BURK is discharged as Trustee of the estate of the above named Debtors and the bond is canceled.

\* \* \*   END OF ORDER   \* \* \*